**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | CV 11-01795-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| 1. Dodge Caravan 2006, VIN ) #1D4GP24R76B634128; ) |  |
| 2. $2,349.00 in United States Currency, ) |  |
| Defendants. ) |  |

The court has before it plaintiff's motion for default judgment (doc. 12). Plaintiff filed this action in September, 2011 (doc. 1). No claimants appeared to contest forfeiture. Consequently, the clerk entered default as to the interests of Senon Benitez-Castillo, Yanet Rivera Rumbo and all others in the defendants on March 9, 2012 (doc. 11). Plaintiff now moves for default judgment. No response was filed.

After a review of the record, we find that there is no just reason for delaying entering judgment against the defendant property, and we find that service of process has been duly made in accordance with law and that no parties, including Senon Benitez-Castillo and Yanet Rivera Rumbo, have pled, answered or otherwise appeared in these proceedings. We further find that the allegations of the verified complaint are true.

**IT IS ORDERED GRANTING** plaintiff's motion for default judgment (doc. 12).

1  **IT IS FURTHER ORDERED** that the interests of Senon Benitez-Castillo, Yanet Rivera Rumbo, and all others in defendants further described as: one 2006 Dodge Caravan, VIN # 1D4GP24R76B634128 and $2,349.00 in United States Currency, are hereby forfeited to the United States of America in accordance with 8 U.S.C. § 1324(b).  **IT IS FURTHER ORDERED** that the defendants be disposed of according to law by United States Customs and Border Protection.  The Clerk shall enter judgment.

DATED this 11th day of April, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge